995 A.2d 1182

**Kimberly TOME, Individually, and By Her Parents, Sandra J. Tome and John W. Tome, and Tomestead, Inc., Petitioners**

v.

**DEPARTMENT OF PUBLIC WELFARE, Respondent.**

Supreme Court of Pennsylvania.

June 10, 2010.

### ORDER

PER CURIAM.

AND NOW, this 10th day of June, 2010, the Petition for Allowance of Appeal and the Petition for Leave to File a Reply are DENIED.